SANFORD DAY, *et al.*, V. C. C. HARRIS.

ACTION brought by *Harris* against *Day* and another, upon a promissory note. Trial at the December Term, 1878, of the district court of Cowley county, and verdict and judgment for the defendants. The court sustained plaintiff's motion for a new trial, to which order defendants excepted, and have brought the case here.

*James McDermott*, and *Johnson & Davis*, for plaintiffs in error.

*Hackney & McDonald*, for defendant in error.

*Per Curiam:* The judgment of the court below will be affirmed, upon the authority of the following cases, to wit: *Anthony v. Eddy*, 5 Kas. 127, 133, 134, and cases there cited;

*Field v. Kinnear,* 5 Kas. 233, 238, and cases there cited; *Owen v. Owen,* 9 Kas. 91; *Atyeo v. Kelsey,* 13 Kas. 212, 216; *McCrum v. Corby,* 15 Kas. 112; *Bedell v. National Bank,* 16 Kas. 130; *Barrett v. Barnes,* 17 Kas. 266. All these cases require that the judgment of the court below be affirmed; and it is affirmed.